```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

IN RE:                         )
                               )      Case No. 21-42136
MARCIA IRVIN,                  )
                               )      Chapter 7 Bankruptcy
     Debtor.                   )

### MEMORANDUM CONCERNING AMENDMENTS

COMES NOW Debtor, by and through undersigned counsel, and for this Memorandum Concerning Amendments, states to this Court as follows:

1. Debtor has amended her Schedule E/F to include a debt owed to Credit Bureau.

2. Debtor's Schedule I has been amended to include additional part-time employment and income from Door Dash.

3. Debtor's Form 122A has been amended to include additional income earned during the CMI period from Door Dash.

        /s/Robert E. Faerber
        Robert E. Faerber, #46794MO
        Attorney for Debtor
        230 South Bemiston, Suite 600
        Clayton, Missouri 63105
        Tel: 314/727-3434
        Fax: 314/727-6992
        faerber@msn.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 28, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States

Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 28, 2021.

Credit Bureau
60 Lafayette Street
New York, NY 10014

                                        /s/Robert E. Faerber